756

Submitted on remand from the Oregon Supreme Court November 29, 2012, affirmed January 30, 2013

In the Matter of the Compensation of
Mary Jo Strohm, Claimant.

SAIF CORPORATION;
and Gowdy Brothers Electric, Inc.,
*Petitioners,*

*v.*

Mary Jo STROHM,
*Respondent.*

Workers' Compensation Board
0901260; A144952

295 P3d 692

David L. Runner argued the cause and filed the briefs for petitioners.

Philip H. Garrow filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

Affirmed. *SAIF v. DeLeon,* 352 Or 130, 282 P3d 800 (2012); *SAIF v. Haley,* 254 Or App 410, 296 P3d 560 (2012).